QUALEY LAW GROUP
Robert S. Qualey, Esq.
State Bar No. 3570
Cybill L. Dotson, Esq.
State Bar No. 8428
2320 Paseo Del Prado, Ste. B-205
Las Vegas, Nevada 89102
(702) 474-6677
Email: nevadacollections@qualeylawfirm.com
Attorney for Plaintiff

RESNICK & LOUIS
Prescott T. Jones, Esq.
State Bar No. 11617
Cristi K. Barker, Esq.
State Bar No. 7593
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89117
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY a/s/o KATHLEEN NIKOLI and DANIEL NIKOLI,<br><br>            Plaintiff,<br>vs.<br>BRASSCRAFT MANUFACTURING COMPANY; DOES I through X; ROE CORPORATIONS A through Z; DOE EMPLOYEES/AGENTS I through XX, inclusive,<br><br>            Defendant. | Case No: 2:17-CV-02695-RFB-CWH<br><br>**JOINT STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

///

///

///

///

///

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: 4/6/2018

By: /s/ R. Clay Johnson
QUALEY LAW GROUP  NV Bar # 10946
Robert S. Qualey, Esq.
State Bar No. 3570
Cybill L. Dotson, Esq.
State Bar No. 8428
2320 Paseo Del Prado, #B-205
Las Vegas, Nevada 89102
Attorneys for Plaintiff

Dated: 4/6/18

By: /s/ Cristi K. Barker
RESNICK & LOUIS
Prescott T. Jones, Esq.
State Bar No. 11617
Cristi K. Barker, Esq.
State Bar No. 7593
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
Attorneys for Defendant

# ORDER

Based on the foregoing Stipulation and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Complaint is hereby dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED this 23rd day of April, 2018.

RICHARD F. BOULWARE, II
United States District Judge